UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-Civ-61807-COOKE/TORRES

SANDRA GONZALES,

    Plaintiff,

vs.

SPORTS MEDICINE ASSOCIATES
OF SOUTH FLORIDA, P.A., a Florida
Profit Corporation,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). JOINT Stip. Dismissal with Prejudice, ECF No. 26.  Each party shall bear his or its own costs and attorney's fees.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 15th day of December 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*